## CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM OCTOBER 14, 1912, TO JANUARY 13, 1913.

No. 26. NORTHERN INDIANA GAS & ELECTRIC Co., APPELLANT, v. THE MAYOR AND BOARD OF PUBLIC WORKS OF THE CITY OF HAMMOND, IND., ET AL. Appeal from the Circuit Court of the United States for the District of Indiana. October 14, 1912. Dismissed per stipulation, and cause remanded to the District Court of the United States for the District of Indiana. *Mr. Max Pam* for the appellant. *Mr. Edward F. Colladay* for the appellees.

No. 133. ST. LOUIS & SAN FRANCISCO R. R. Co., PLAINTIFF IN ERROR, v. WILLIAM HEYSER. In error to the Supreme Court of the State of Arkansas. October 14, 1912. Dismissed with costs on motion of counsel for the plaintiff in error. *Mr. W. F. Evans* for the plaintiff in error. No appearance for the defendant in error.

No. 183. THE ATCHISON, TOPEKA & SANTA FE RY. Co., PLAINTIFF IN ERROR, v. I. A. TACK. In error to the Court of Civil Appeals for the Fourth Supreme Judicial District of the State of Texas. October 14, 1912. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Gardiner Lathrop, Mr. J. W. Terry* and *Mr. A. H. Culwell* for the plaintiff in error. *Mr. George E. Wallace* for the defendant in error.